WILLIAM VOESSLER, PETITIONER-RESPONDENT, v. PALM
FETCHTELER & COMPANY, RESPONDENT-APPELLANT.

Argued February 8, 1939—Decided April 21, 1939.

For the respondent-appellant, *Edwin J. O'Brien, William
J. Egan,* assistant attorney-general (*Stephen J. Lorenz,* of
counsel).

For the petitioner-respondent, *Henry Harris.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Case in the Supreme Court. Under its seventh point the
appellant calls our attention to *Pamph. L.* 1938, *ch.* 198,
*p.* 474 (*R. S.* 34:15-94, 95 and 95.1). This amendment was
approved May 18th, 1938, and went into effect immediately.
The cause here under consideration was submitted to the
Supreme Court at the May term, 1938. The amendment does
not affect the judgment in this cause because it is not
retroactive.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS,
WOLFSKEIL, RAFFERTY, HAGUE, JJ.   12.

*For reversal*—None.